**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00327-CV
_____

**EVELYN DELECATAVE, Appellant**

**V.**

**WINDCREST ON WESTVIEW, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1060272**

---

## O R D E R

The notice of appeal in this case was filed April 6, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **June 12, 2015.** _See_ Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM